```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND

ELIZABETH VARON, individually,   *
 and on behalf of all others
 similarly situated              *

             Plaintiff           *

        vs.                      *   CIVIL ACTION NO. MJG-15-3650

UBER TECHNOLOGIES, INC. and      *
RAISER, LLC
                                 *
             Defendants
*     *      *      *      *      *      *      *      *
                       JUDGMENT ORDER
```

By Memorandum and Order issued this date, the Court has dismissed the Complaint.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants against Plaintiffs, dismissing all claims for lack of subject matter jurisdiction with assessable costs.

2. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on Tuesday, May 3, 2016.

                                    _____/s/_____
                                       Marvin J. Garbis
                                    United States District Judge